CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAR 30 2012

JULIA C. _____, CLERK
BY: _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAMIR D. HENDERSON,<br>    Plaintiff, | )<br>)  Civil Action No. 7:12CV00145<br>) |
| v. | )  **DISMISSAL ORDER**<br>) |
| NEW RIVER VALLEY<br>REGIONAL JAIL,<br>    Defendant. | )  By: Samuel G. Wilson<br>)  United States District Judge<br>) |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Henderson's motion to proceed *in forma pauperis* is **GRANTED**, this 42 U.S.C. § 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to the parties.

ENTER: This 30th day of March, 2012.

_____
United States District Judge