CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAR 3 0 2012

JULIA C. _____, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SHAMIR D. HENDERSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:12CV00145 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| NEW RIVER VALLEY | ) | By: Samuel G. Wilson |
| REGIONAL JAIL, | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Henderson's motion to proceed *in forma pauperis* is **GRANTED**, this 42 U.S.C. § 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to the parties.

ENTER: This 30th day of March, 2012.

_____
United States District Judge